SILAS EZRA, on Behalf of Himself and Others, Appellant, *v.* THOMAS W. LAMONT et al., Individually and as the International Committee of Bankers on Mexico, et al. Defendants, and UNITED STATES OF MEXICO, Respondent.

(Submitted January 7, 1935; decided January 15, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 635.)